John D. Vosnos, Appellee, v. George Wenzel and Elizabeth Wenzel, Appellants.

Gen. No. 48,444. 

First District, Third Division.

April 25, 1962.

Albert H. Werner, of Chicago (C. D. Snewind, of counsel), for appellants; William C. Wines and Allen S. Gerrard, of Chicago, for appellee. Opinion by MR. PRESIDING JUSTICE McCORMICK. Not to be published in full.